**Order filed, June 19, 2018.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-18-00374-CR
14-18-00375-CR
14-18-00376-CR
14-18-00377-CR
14-18-00378-CR
14-18-00379-CR
14-18-00380-CR

———————

**CRAIG JUBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 427th District Court**
**Travis County, Texas**

---

## ORDER

The reporter's record in this case was due June 18, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.

The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Nicole Edwards, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM